COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Theaola Robinson v. The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.

Appellate case number: 01-14-00880-CV

Trial court case number:     2011-54895

Trial court:                         234th District Court of Harris County

On December 4, 2014, appellant, Theaola Robinson, filed an affidavit of indigence in this Court in the above-referenced appeal. *See* TEX. R. APP. P. 20.1(a)(2). We referred the affidavit to the trial court.  *See* TEX. R. APP. P. 20.1(c)(1), (d), (h)(4). On December 22, 2014, appellant filed an affidavit of indigence in the trial court. On December 23, 2014, the District Clerk of Harris County filed a contest to the affidavit, and a motion for an extension of time for a hearing on the contest. *See* TEX. R. APP. P. 20.1(e)(1). The trial court, therefore, was required to either conduct a hearing or sign an order extending the time to conduct the hearing by January 2, 2015. *See* TEX. R. APP. P. 20.1(i)(2), (3). Further, to properly sustain the contest, the trial court was required to sign an order sustaining the contest within the prescribed period for the hearing. *See* TEX. R. APP. P. 20.1(i)(4). Neither the clerk's record nor supplemental clerk's record on indigence filed in this Court reflect that the trial court signed an order extending the period for the hearing or ruled on the contest by January 2, 2015.  Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the court reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 35.1(b).

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
⊠  Acting individually     ☐  Acting for the Court

Date:  March 24, 2014